# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

GOLD KERNAL, LLC; AMAZON.COM, INC.; and DOES 1 TO 100, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DONNA STONE, an individual, HARVEY STONE, an individual

| FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|
| **Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>4/16/2025 10:48 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By P. Diaz, Deputy Clerk** |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Van Nuys East Courthouse

6230 Sylmar Ave. Van Nuys, CA 91401

| CASE NUMBER:<br>*(Número del Caso):* |
|---|
| **25VECV02113** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Itamar B. Tehrani, 15490 Ventura Boulevard, Suite 205, Sherman Oaks, California 91403 (818)477-0773

DATE:
*(Fecha)* **04/16/2025**

Clerk, by
*(Secretario)* **P. Diaz** , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Amazon.com, Inc.

   under: ☑ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

ARNOLD W. GROSS, ESQ. (SBN: 57179)
ITAMAR B. TEHRANI, ESQ. (SBN: 303165)
CHRISTOPHER R. JENSEN, ESQ. (SBN: 345550)
**STATE LAW FIRM, APC.**
15490 Ventura Blvd., Suite 205
Sherman Oaks, California 91403
Telephone: (818) 477-0773 | Facsimile: (818) 477-0653
Email: Litigation@StateLawFirm.com

ATTORNEYS FOR PLAINTIFFS,
DONNA STONE and HARVEY STONE

**Electronically FILED by
Superior Court of California,
County of Los Angeles
4/16/2025 10:48 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By P. Diaz, Deputy Clerk**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR**

**THE COUNTY OF LOS ANGELES—VAN NUYS EAST**

| | |
|---|---|
| DONNA STONE, an individual, HARVEY STONE, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>GOLD KERNAL, LLC; AMAZON.COM, INC.; and DOES 1 TO 100, Inclusive,<br><br>Defendants. | CASE NUMBER: 25VECV02113<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. **NEGLIGENCE**<br>2. **STRICT PRODUCTS LIABILITY**<br>3. **PRODUCTS LIABILITY—NEGLIGENCE THEORY**<br>4. **BREACH OF EXPRESS AND IMPLIED WARRANTY**<br>5. **LOSS OF CONSORTIUM**<br>**Demand for Jury Trial** |

**I.**

**GENERAL ALLEGATIONS**

1. Plaintiffs **DONNA STONE** and **HARVEY STONE ("PLAINTIFFS")** are, and at all relevant times, were residents of the State of California, County of Los Angeles, City of Los Angeles. Plaintiff Donna Stone was born July 17, 1950, and due to her medical conditions, including back pain, could not stand for an extended period of time. Therefore, when she was cooking, she relied on Defendants' Oasis Space Aluminum Folding Rollator (OS-RL91067), sitting in the walker's seat with her back resting on the back strap for back support while cooking in the kitchen.

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

2. Defendant **GOLD KERNAL, LLC ("GOLD KERNAL")** is, on information and belief, a limited liability company organized and existing under the laws of the State of Delaware and doing business in California.

3. Defendant **AMAZON.COM, INC. ("AMAZON")** is a Delaware corporation doing business in California. Amazon facilitated the sale and distribution of the subject product, including handling its marketing, sale, and shipment.

4. The true name and capacities of DOES 1 through 100, inclusive, are unknown to Plaintiffs at this time, Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. . PLAINTIFFS are informed and believe, and on that basis allege, that these DEFENDANTS are responsible in some manner for the events and happenings herein alleged, that these DEFENDANTS caused damage to PLAINTIFFS, and that PLAINTIFFS are entitled to judgment against these DEFENDANTS as herein alleged. PLAINTIFFS are further informed and believe, and on that basis allege, that each of these fictitiously named DEFENDANTS is an agent of the other, and of each of the named DEFENDANTS.

5. Jurisdiction is proper under California Code of Civil Procedure Sections 410.10 and 395. Venue is proper in this court because the injury occurred in Lake Balboa, City of Los Angeles, County of Los Angeles, State of California, and Defendants transact business within this jurisdiction.

6. On or about November 11, 2021, Plaintiffs purchased an Oasis Space Aluminum Folding Rollator (OS-RL91067) on Defendant Amazon.com's website, intended for Plaintiff Donna Stone's use around the home while performing seated tasks.

7. The Oasis Space Rollator (hereinafter referred to as "Rollator") was manufactured by Defendant Gold Kernal, LLC, sold on Defendant Amazon.com, Inc.'s (hereinafter

**COMPLAINT FOR DAMAGES—NEGLIGENCE, STRICT PRODUCTS LIABILITY, NEGLIGENT PRODUCTS LIABILITY, LOSS OF CONSORTIUM**

-2-

referred to as "Amazon"), and shipped and delivered to Plaintiffs' Lake Balboa residence by Defendant Amazon.

8. The Rollator was represented as suitable for ambulation as a walker and for seated use. No warnings were provided orally or in writing that the back support strap would not support ordinary backward leaning while seated. Plaintiff relied on purchasing and using the Rollator walker due to chronic back pain and limited mobility.

9. On or about April 29, 2023, while sitting in the Rollator with the brake engaged, and cutting vegetables in her kitchen, Plaintiff Donna Stone leaned back against the Rollator back strap. Plaintiff Donna Stone always engaged the brake when sitting near a hot stove or using a sharp knife, as she was doing on April 29, 2023. The back strap suddenly and without warning gave way, causing Plaintiff Donna Stone to fall onto her right shoulder and the Rollator to wind up on top of her.

10. Plaintiff Donna Stone sustained a transverse humeral fracture of the right shoulder area, requiring surgical intervention and substantial rehabilitation. She has since undergone additional right shoulder surgeries, physical therapy, and treatment in in patient nursing/rehabilitation centers.

11. Plaintiffs are informed and believe that the FDA issued a warning about the Oasis Space Rollator walker in 2021. Plaintiff was never made aware of the warning, or of any problem with the back strap becoming disengaged like happened on April 29, 2023. The warning about the Rollator should have triggered a recall or warning campaign from Defendants, and each of them, prior to the purchase by Plaintiffs of the Rollator on November 11, 2021.

12. As a direct and proximate result of the acts, activities, conduct, negligence, and actions of DEFENDANTS, and each of them, PLAINTIFF DONNA STONE suffered and

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

**COMPLAINT FOR DAMAGES—NEGLIGENCE, STRICT PRODUCTS LIABILITY, NEGLIGENT PRODUCTS LIABILITY, LOSS OF CONSORTIUM**

-3-

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

continues to suffer from injuries to her body, and shock and injury to her nervous system and person. PLAINTIFF is informed and believes and based thereon alleges that said injuries will result in a permanent disability to her, all to her general damage in a sum to be determined at time of trial.

13. As a further direct and proximate result of the acts, activities, negligence and actions of DEFENDANTS, and each of them, PLAINTIFF was required to and did employ and continues to employ and be treated by doctors, hospitals, medical providers, psychiatrists, psychologists, therapists, and other medical personnel for her injuries and damages, according to proof at time of trial. PLAINTIFF is informed and believes and based thereon alleges that she will incur further medical and incidental expenses for the care and treatment of said injuries, the sum of which is unknown at this time, all to her special damage in a sum to be determined at time of trial.

14. Plaintiff Donna Stone suffered from emotional upset and damages.

## II.

### FIRST CAUSE OF ACTION—NEGLIGENCE

### (By Plaintiff Donna Stone Against all Defendants)

15. Plaintiffs incorporate as though fully set forth herein Paragraphs 1 – 13 of the complaint on file herein.

16. Defendants, and each of them, owed Plaintiffs a duty of care to manufacture, sell, and distribute a safe product, or to provide adequate warnings

17. Defendants, and each of them, breached that duty by:

a) Designing a defective back support mechanism;

b) Failing to properly test the product;

c) Distributing a defective product without sufficient warnings; and

d) Failing to recall or notify consumers such as Plaintiffs of known defects.

COMPLAINT FOR DAMAGES—NEGLIGENCE, STRICT PRODUCTS LIABILITY,
NEGLIGENT PRODUCTS LIABILITY, LOSS OF CONSORTIUM

-4-

18. Defendants' negligence directly resulted in Plaintiff Donna Stone's injuries and damages, as more fully set forth above.

## III.

## SECOND CAUSE OF ACTION—STRICT PRODUCTS LIABILITY

### (By Plaintiff Donna Stone against all Defendants)

19. Plaintiffs incorporate as though fully set forth herein Paragraphs 1 – 18 of the complaint on file herein.

20. The subject Rollator was defective in design, manufacture, and lacked sufficient warnings by Defendants, and each of them.

21. The failure of the back strap and collapse of the Rollator, causing Plaintiff Donna Stone's injuries and damages as set forth above, showed that the Rollator did not perform as safely as an ordinary consumer would expect, violating the consumer expectation test under California law.

22. Defendants, and each of them, are each part of the "stream of commerce." Under California law, Defendant Amazon can be held liable as a seller even if it claims to be a platform.

23. The Rollator failed when used as intended and was unreasonably dangerous, directly resulting in Plaintiff Donna Stone's injuries and damages, as more fully set forth above.

## THIRD CAUSE OF ACTION—PRODUCTS LIABILITY—NEGLIGENCE THEORY

### (By Plaintiff Donna Stone against all Defendants)

24. Plaintiffs incorporate as though fully set forth herein Paragraphs 1 – 23 of the complaint on file herein.

25. Defendants negligently designed, manufactured, tested, marketed, and distributed the Rollator, and failed to provide adequate warnings.

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

**COMPLAINT FOR DAMAGES—NEGLIGENCE, STRICT PRODUCTS LIABILITY, NEGLIGENT PRODUCTS LIABILITY, LOSS OF CONSORTIUM**

-5-

26. Defendants failed to warn plaintiff and the public in general of the back strap problems inherent in the Rollator as evidenced by the product failure in this matter.

27. A reasonably careful manufacturer, seller, or distributor of said product would have discovered the defect and issued corrective warnings, stopped sales, and/or recalled products already sold, like the Rollator that was purchased by Plaintiffs.

## FOURTH CAUSE OF ACTION—

## BREACH OF EXPRESS AND IMPLIED WARRANTIES

**(By Plaintiff Donna Stone against all Defendants)**

28. Plaintiffs incorporate as though fully set forth herein Paragraphs 1 – 27 of the complaint on file herein.

29. Defendants, and each of them, expressly and impliedly warranted to Plaintiff and to the public in general that the product would not fail in its intended use.

30. In violation of said warranties, as set forth herein, the product did fail in its intended use, causing injury and damages to Plaintiff Donna Stone and general and special damages.

31. These breach of warranty claims are brought under California Commercial Code Sections 2313 and 2314.

## FOURTH CAUSE OF ACTION—LOSS OF CONSORTIUM

**(By Plaintiff Harvey Stone against all Defendants)**

32. Plaintiffs incorporate as though fully set forth herein Paragraphs 1 – 30 of the complaint on file herein.

33. Plaintiff HARVEY STONE is, and at all relevant times was the lawful husband of Plaintiff DONNA STONE.

34. HARVEY STONE and DONNA STONE have been married for many years and maintained a close and loving relationship, including the companionship, affection, moral support, and assistance typically associated with the marital relationship.

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

35. As a direct and proximate result of the injuries sustained by Plaintiff DONNA STONE due to Defendants' acts and omissions as alleged herein, Plaintiff HARVEY STONE has suffered and continues to suffer the loss of his wife's consortium, including the loss of love, companionship, comfort, care, assistance, protection, affection, society and moral support.

36. Plaintiff HARVEY STONE is entitled to recover damages for this loss of consortium, including general damages in a sum to be proven at time of trial.

WHEREFORE, Plaintiffs pray for judgment against all Defendants as follows:

### FOR PLAINTIFF DONNA STONE

1. General damages according to proof at time of trial.

2. Special damages according to proof at time of trial;

3. Medical and incidental expenses according to proof at time of trial;

### FOR PLAINTIFF HARVEY STONE

4. Damages for loss of consortium of his wife, Donna Stone, including the loss of love, companionship, comfort, assistance, protection, affection, society and moral support according to proof at time of trial;

5. General damages according to proof at time of trial;

### FOR PLAINTIFFS DONNA STONE AND HARVEY STONE

6. Costs of suit;

///
///
///
///
///
///

**COMPLAINT FOR DAMAGES—NEGLIGENCE, STRICT PRODUCTS LIABILITY, NEGLIGENT PRODUCTS LIABILITY, LOSS OF CONSORTIUM**

-7-

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

7. Interest as allowed by law;

8. Such other and further relief as the Court deems just and proper.

DATED:    April 16, 2025                    **STATE LAW FIRM, APC.**

_____
ARNOLD W. GROSS, ESQ.
ITAMAR B. TEHRANI, ESQ.
CHRISTOPHER R. JENSEN, ESQ.
ATTORNEYS FOR PLAINTIFFS
DONNA STONE and HARVEY STONE

Plaintiffs demand trial by jury in this

matter. DATED:    April 16, 2025          STATE LAW FIRM, APC.

_____
ARNOLD W. GROSS, ESQ.

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

**COMPLAINT FOR DAMAGES—NEGLIGENCE, STRICT PRODUCTS LIABILITY, NEGLIGENT PRODUCTS LIABILITY, LOSS OF CONSORTIUM**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Itamar B. Tehrani, Esq. (SBN: 303165);Christopher R. Jensen, Esq. (SBN:345550)<br>State Law Firm 15490 Ventura Boulevard, Suite 205 Sherman Oaks, CA 91403 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (818) 477-0773          FAX NO. : (818) 477-0653<br>EMAIL ADDRESS: Litigation@StateLawFirm.com<br>ATTORNEY FOR *(Name):* Plaintiffs, DONNA STONE and HARVEY STONE | **Electronically FILED by**<br>**Superior Court of California,**<br>**County of Los Angeles**<br>**4/16/2025 10:48 AM**<br>**David W. Slayton,**<br>**Executive Officer/Clerk of Court,**<br>**By P. Diaz, Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
 STREET ADDRESS: 6230 Sylmar Ave
 MAILING ADDRESS: SAME
 CITY AND ZIP CODE: Van Nuys, CA 91401
  BRANCH NAME: Van Nuys East Courthouse

CASE NAME:
 STONE, ET AL. V. GOLD KERNAL, LLC ET AL.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | | CASE NUMBER: |
|---|---|---|---|---|
| [x] **Unlimited** (Amount demanded exceeds $35,000) | [ ] **Limited** (Amount demanded is $35,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | 25VECV02113 |
| | | | | JUDGE: |
| | | | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1.  Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [x] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Miscellaneous Civil Complaint** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Fraud (16) | [ ] Residential (32) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Other petition *(not specified above)* (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2.  This case [ ] is  [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. [ ] Large number of separately represented parties
  b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. [ ] Substantial amount of documentary evidence
  d. [ ] Large number of witnesses
  e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. [ ] Substantial postjudgment judicial supervision

3.  Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4.  Number of causes of action *(specify):* Four (4)
5.  This case [ ] is  [x] is not   a class action suit.
6.  If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 16, 2025
Itamar B. Tehrani, Esq. ▶ *Eddie Tehrani*

_____     _____
(TYPE OR PRINT NAME)                 (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

| SHORT TITLE | CASE NUMBER |
|---|---|
| STONE, ET AL. V. GOLD KERNAL, LLC ET AL. | 25VECV02113 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | | |
|---|---|---|
| 1. | Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. | Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. | Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. | Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. | Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. | Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury/ Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

LASC CIV 109 Rev. 01/23
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC Local Rule 2.3

| SHORT TITLE | CASE NUMBER |
|---|---|
| STONE, ET AL. V. GOLD KERNAL, LLC ET AL. | |

| | **A**<br>Civil Case Cover Sheet Case Type | **B**<br>Type of Action<br>(check only one) | **C**<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Other Personal Injury/ Property Damage/ Wrongful Death** | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☑ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| STONE, ET AL. V. GOLD KERNAL, LLC ET AL. | |

| | | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|---|
| **Contract** (Continued) | | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/ negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>Number of Parcels _____ | 2, 6 |
| | | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | | ☐ 2602 Quiet Title | 2, 6 |
| | | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC Local Rule 2.3

| SHORT TITLE | CASE NUMBER |
|---|---|
| STONE, ET AL. V. GOLD KERNAL, LLC ET AL. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation** (Continued) | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 01/23
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

LASC Local Rule 2.3

| SHORT TITLE<br>STONE, ET AL. V. GOLD KERNAL, LLC ET AL. | CASE NUMBER<br>25VECV02113 |
| --- | --- |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>☑ 1. ☐ 2. ☐ 3. ☑ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11 | | | ADDRESS:<br><br>16925 Hartland St |
| --- | --- | --- | --- |
| CITY:<br>Reseda | STATE:<br>CA | ZIP CODE:<br>91406 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ___North West___ District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: __4/16/25__

_Eddie Tehrani_

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 01/23                 **CIVIL CASE COVER SHEET ADDENDUM**                 LASC Local Rule 2.3
For Mandatory Use                       **AND STATEMENT OF LOCATION**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES**<br><br>COURTHOUSE ADDRESS:<br>Van Nuys Courthouse West<br>14400 Erwin Street Mall, Van Nuys, CA 91401<br><br><br>**NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | Reserved for Clerk's File Stamp<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>04/16/2025<br><br>David W. Slayton, Executive Officer / Clerk of Court<br><br>By: _____ P. Diaz _____ Deputy |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>25VECV02113 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | Eric  Harmon | 107 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record   David W. Slayton, Executive Officer / Clerk of Court

on 04/16/2025 _____       By P. Diaz _____, Deputy Clerk
(Date)

LACIV 190 (Rev 6/18)   **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION

The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES

The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE

A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS

Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS

All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS

Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE

A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE

The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS

The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions

Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases

Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

ARNOLD W. GROSS, ESQ. (SBN: 57179)
ITAMAR B. TEHRANI, ESQ. (SBN: 303165)
CHRISTOPHER R. JENSEN, ESQ. (SBN: 345550)
**STATE LAW FIRM, APC.**
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403
Telephone: (818) 477-0773 | Facsimile: (818) 477-0653
Email: Litigation@StateLawFirm.com

ATTORNEYS FOR PLAINTIFFS,
DONNA STONE and HARVEY STONE

**Electronically FILED by
Superior Court of California,
County of Los Angeles
4/16/2025 10:48 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By P. Diaz, Deputy Clerk**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| DONNA STONE, an individual, HARVEY STONE, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>GOLD KERNAL, LLC; AMAZON.COM, INC.; and DOES 1 TO 100, Inclusive,<br><br>Defendants. | CASE NUMBER: 25VECV02113<br><br>**PLAINTIFF'S DONNA STONE AND HARVEY STONE NOTICE OF POSTING JURY FEES** |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs DONNA STONE and HARVEY STONE hereby submits a jury fee deposit in the amount of $150.00 in the above-entitled action pursuant to California Code of Civil Procedure section 631(b).

DATED: April 16, 2025

**STATE LAW FIRM, APC.**

_Eddie Tehrani_

ITAMAR B. TEHRANI, ESQ.
CHRISTOPHER R. JENSEN, ESQ.
ARNOLD W. GROSS, ESQ.
ATTORNEYS FOR PLAINTIFFS
DONNA STONE & HARVEY STONE

State Law Firm, APC.
15490 Ventura Boulevard, Suite 205
Sherman Oaks, California 91403

**PLAINTIFF'S DONNA STONE AND HARVEY STONE
NOTICE OF POSTING JURY FEES**

-1-

**Superior Court of California, County of Los Angeles**
**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE**

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS MUST SERVE THIS ADR INFORMATION PACKAGE ON ANY NEW PARTIES NAMED TO THE ACTION WITH THE CROSS-COMPLAINT.**

**WHAT IS ADR?**

Alternative Dispute Resolution (ADR) helps people find solutions to their legal disputes without going to trial. The Court offers a variety of ADR resources and programs for various case types.

**TYPES OF ADR**

- **Negotiation.** Parties may talk with each other about resolving their case at any time. If the parties have attorneys, they will negotiate for their clients.

- **Mediation.** Mediation may be appropriate for parties who want to work out a solution but need help from a neutral third party. A mediator can help the parties reach a mutually acceptable resolution. Mediation may be appropriate when the parties have communication problems and/or strong emotions that interfere with resolution. Mediation may not be appropriate when the parties want a public trial, lack equal bargaining power, or have a history of physical or emotional abuse.

- **Arbitration.** Less formal than a trial, parties present evidence and arguments to an arbitrator who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.

- **Settlement Conferences.** A judge or qualified settlement officer assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Mandatory settlement conferences may be ordered by a judicial officer. In some cases, voluntary settlement conferences may be requested by the parties.

**ADVANTAGES OF ADR**

- **Save time and money.** Utilizing ADR methods is often faster than going to trial and parties can save on court costs, attorney's fees, and other charges.
- **Reduce stress and protect privacy.** ADR is conducted outside of a courtroom setting and does not involve a public trial.
- **Help parties maintain control.** For many types of ADR, parties may choose their ADR process and provider.

**DISADVANTAGES OF ADR**

- **Costs.** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial.** ADR does not provide a public trial or decision by a judge or jury.

**WEBSITE RESOURCES FOR ADR**

- **Los Angeles Superior Court ADR website:** www.lacourt.org/ADR
- **California Courts ADR website:** www.courts.ca.gov/programs-adr.htm

**Los Angeles Superior Court ADR Programs for Unlimited Civil (cases valued over $35,000)**
Litigants should closely review the requirements for each program and the types of cases served.

- **Civil Mediation Vendor Resource List.** Litigants in unlimited civil cases may use the Civil Mediation Vendor Resource List to arrange voluntary mediations without Court referral or involvement. The Resource List includes organizations that have been selected through a formal process that have agreed to provide a limited number of low-cost or no-cost mediation sessions with attorney mediators or retired judges. Organizations may accept or decline cases at their discretion. Mediations are scheduled directly with these organizations and are most often conducted through videoconferencing. The organizations on the Resource List target active civil cases valued between $50,000-$250,000, though cases outside this range may be considered. *For more information and to view the list of vendors and their contact information, download the Resource List Flyer and FAQ Sheet at www.lacourt.org/ADR/programs.html.*
  **RESOURCE LIST DISCLAIMER:** The Court provides this list as a public service. The Court does not endorse, recommend, or make any warranty as to the qualifications or competency of any provider on this list. Inclusion on this list is based on the representations of the provider. The Court assumes no responsibility or liability of any kind for any act or omission of any provider on this list.

- **Mediation Volunteer Panel (MVP).** Unlimited civil cases referred by judicial officers to the Court's Mediation Volunteer Panel (MVP) are eligible for three hours of virtual mediation at no cost with a qualified mediator from the MVP. Through this program, mediators volunteer preparation time and three hours of mediation at no charge. If the parties agree to continue the mediation after three hours, the mediator may charge their market hourly rate. When a case is referred to the MVP, the Court's ADR Office will provide information and instructions to the parties. The Notice directs parties to meet and confer to select a mediator from the MVP or they may request that the ADR Office assign them a mediator. The assigned MVP mediator will coordinate the mediation with the parties. *For more information or to view MVP mediator profiles, visit the Court's ADR webpage at www.lacourt.org/ADR or email ADRCivil@lacourt.org.*

- **Mediation Center of Los Angeles (MCLA) Referral Program.** The Court may refer unlimited civil cases to mediation through a formal contract with the Mediation Center of Los Angeles (MCLA), a nonprofit organization that manages a panel of highly qualified mediators. Cases must be referred by a judicial officer or the Court's ADR Office. The Court's ADR Office will provide the parties with information for submitting the case intake form for this program. MCLA will assign a mediator based on the type of case presented and the availability of the mediator to complete the mediation in an appropriate time frame. MCLA has a designated fee schedule for this program. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

- **Resolve Law LA (RLLA) Virtual Mandatory Settlement Conferences (MSC).** Resolve Law LA provides three-hour virtual Mandatory Settlement Conferences at no cost for personal injury and non-complex employment cases. Cases must be ordered into the program by a judge pursuant to applicable Standing Orders issued by the Court and must complete the program's online registration process. The program leverages the talent of attorney mediators with at least 10 years of litigation experience who volunteer as settlement officers. Each MSC includes two settlement officers, one each from the plaintiff and defense bars. Resolve Law LA is a joint effort of the Court, Consumer Attorneys Association of Los Angeles County (CAALA), Association of Southern California Defense Counsel (ASCDC), Los Angeles Chapter of the American Board of Trial Advocates (LA-ABOTA), Beverly Hills Bar Foundation (BHBF), California Employment Lawyers Association (CELA), and Los Angeles County Bar Association (LACBA). *For more information, visit https://resolvelawla.com.*

- **Judicial Mandatory Settlement Conferences (MSCs).** Judicial MSCs are ordered by the Court for unlimited civil cases and may be held close to the trial date or on the day of trial. The parties and their attorneys meet with a judicial officer who does not make a decision, but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For more information, visit https://www.lacourt.org/division/civil/CI0047.aspx.

**Los Angeles Superior Court ADR Programs for Limited Civil (cases valued below $35,000)**
Litigants should closely review the requirements for each program and the types of cases served.

- **Online Dispute Resolution (ODR).** Online Dispute Resolution (ODR) is a free online service provided by the Court to help small claims and unlawful detainer litigants explore settlement options before the hearing date without having to come to court. ODR guides parties through a step-by-step program. After both sides register for ODR, they may request assistance from trained mediators to help them reach a customized agreement. The program creates settlement agreements in the proper form and sends them to the Court for processing. Parties in small claims and unlawful detainer cases must carefully review the notices and other information they receive about ODR requirements that may apply to their case. *For more information, visit https://my.lacourt.org/odr.*

- **Dispute Resolution Program Act (DRPA) Day-of-Hearing Mediation.** Through the Dispute Resolution Program Act (DRPA), the Court works with county-funded agencies, including the Los Angeles County Department of Consumer & Business Affairs (DCBA) and the Center for Conflict Resolution (CCR), to provide voluntary day-of-hearing mediation services for small claims, unlawful detainer, limited civil, and civil harassment matters. DCBA and CCR staff and trained volunteers serve as mediators, primarily for self-represented litigants. There is no charge to litigants. *For more information, visit https://dcba.lacounty.gov/countywidedrp.*

- **Temporary Judge Unlawful Detainer Mandatory Settlement Conference Pilot Program.** Temporary judges who have been trained as settlement officers are deployed by the Court to designated unlawful detainer court locations one day each week to facilitate settlement of unlawful detainer cases on the day of trial. For this program, cases may be ordered to participate in a Mandatory Settlement Conference (MSC) by judicial officers at Stanley Mosk, Long Beach, Compton, or Santa Monica. Settlement rooms and forms are available for use on the designated day at each courthouse location. There is no charge to litigants for the MSC. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Itamar B. Tehrani, Esq. (SBN: 303165)<br>Arnold W. Gross, Esq. (SBN: 57179)<br>State Law Firm, APC.<br>15490 Ventura Boulevard, Suite 205, Sherman Oaks, California 91403<br>ATTORNEY FOR *(name):* Plaintiff, DONNA STONE | (818) 477-0773 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS: same
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Van Nuys East Courthouse

PLAINTIFF: DONNA STONE, an individual
DEFENDANT: AMAZON.COM, INC.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>25VECV02113 |
|---|---|

To *(name of one defendant only):* AMAZON.COM, INC.
Plaintiff *(name of one plaintiff only):* DONNA STONE, an individual
seeks damages in the above-entitled action, as follows:

**AMOUNT**

1. **General damages**
   a. ☑ Pain, suffering, and inconvenience ............................................................... $ 10,000,000.00 +
   b. ☑ Emotional distress. ................................................................................... $ 10,000,000.00 +
   c. ☐ Loss of consortium .................................................................................... $ _____
   d. ☐ Loss of sociey and companionship *(wrongful death actions only)* ...................... $ _____
   e. ☐ Other *(specify)* ........................................................................................ $ _____
   f. ☐ Other *(specify)* ........................................................................................ $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☑ Medical expenses *(to date)* ...................................................................... $ 218,182.70 +
   b. ☑ Future medical expenses *(present value)* ................................................... $ TBD
   c. ☐ Loss of earnings *(to date)* ...................................................................... $ _____
   d. ☐ Loss of future earning capacity *(present value)* .......................................... $ _____
   e. ☐ Property damage ...................................................................................... $ _____
   f. ☐ Funeral expenses *(wrongful death actions only)* .......................................... $ _____
   g. ☐ Future contributions *(present value) (wrongful death actions only)* ................. $ _____
   h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ...... $ _____
   i. ☐ Other *(specify)* ...................................................................................... $ _____
   j. ☐ Other *(specify)* ...................................................................................... $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
   when pursuing a judgment in the suit filed against you.

Date: April 28, 2025

Arnold W. Gross., Esq
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

*(Proof of service on reverse)*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

CIV-050

| | | CASE NUMBER: |
|---|---|---|
| PLAINTIFF: DONNA STONE, an individual | | 25VECV02113 |
| DEFENDANT: AMAZON.COM, INC. | | |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other *(specify):*

   b. on *(name):*

   c. by serving ☐ defendant  ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP §-415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.

4. Fee for service: $

5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Itamar B. Tehrani, Esq. (SBN: 303165)<br>Arnold W. Gross, Esq. (SBN: 57179)<br>State Law Firm, APC.<br>15490 Ventura Boulevard, Suite 205, Sherman Oaks, California 91403<br>ATTORNEY FOR *(name):* Plaintiff, HARVEY STONE<br>TELEPHONE NO.: (818) 477-0773 | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS: same
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Van Nuys East Courthouse

PLAINTIFF: HARVEY STONE, an individual
DEFENDANT: AMAZON.COM, INC.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>25VECV02113 |
|---|---|

To *(name of one defendant only):* AMAZON.COM, INC.
Plaintiff *(name of one plaintiff only):* HARVEY STONE, an individual
seeks damages in the above-entitled action, as follows:

**AMOUNT**

**1. General damages**

a. ☑ Pain, suffering, and inconvenience ................................................................ $ 3,000,000.00 +

b. ☑ Emotional distress. ..................................................................................... $ 3,000,000.00 +

c. ☑ Loss of consortium ..................................................................................... $ 3,000,000.00 +

d. ☐ Loss of sociey and companionship *(wrongful death actions only)* ...................... $ _____

e. ☐ Other *(specify)* ...................................................................................... $ _____

f. ☐ Other *(specify)* ...................................................................................... $ _____

g. ☐ Continued on Attachment 1.g.

**2. Special damages**

a. ☐ Medical expenses *(to date)* ...................................................................... $ _____

b. ☐ Future medical expenses *(present value)* .................................................... $ _____

c. ☐ Loss of earnings *(to date)* ........................................................................ $ _____

d. ☐ Loss of future earning capacity *(present value)* ........................................... $ _____

e. ☐ Property damage ...................................................................................... $ _____

f. ☐ Funeral expenses *(wrongful death actions only)* .......................................... $ _____

g. ☐ Future contributions *(present value) (wrongful death actions only)* .................. $ _____

h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ....... $ _____

i. ☐ Other *(specify)* ...................................................................................... $ _____

j. ☐ Other *(specify)* ...................................................................................... $ _____

k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
when pursuing a judgment in the suit filed against you.

Date: April 28, 2025

Arnold W. Gross., Esq

▶

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)    Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007] | STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | Code of Civil Procedure, §§ 425.11, 425.115<br>www.courtinfo.ca.gov |

CIV-050

| | |
|---|---|
| PLAINTIFF: HARVEY STONE, an individual | CASE NUMBER: |
| DEFENDANT: AMAZON.COM, INC. | 25VECV02113 |

### PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
    a. ☐ Statement of Damages ☐ Other *(specify):*

    b. on *(name):*

    c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*

    d. ☐ by delivery ☐ at home ☐ at business
        (1) date:
        (2) time:
        (3) address:

    e. ☐ by mailing
        (1) date:
        (2) place:

2. Manner of service *(check proper box):*
    a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
    b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
    c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**

    d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**

    e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**

    f. ☐ Other *(specify code section):*
        ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.

4. Fee for service: $

5. Person serving:
    a. ☐ California sheriff, marshal, or constable
    b. ☐ Registered California process server
    c. ☐ Employee or independent contractor of a registered California process server
    d. ☐ Not a registered California process server
    e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

    f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115